**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| Roderick S. Reuter,<br><br>Plaintiff,<br><br>v.<br><br>Security Service Federal Credit Union, Equifax Information Services, LLC, Transunion LLC, and Experian Information Solutions,<br><br>Defendants. | Case No. 5:19-cv-01039-OLG<br><br>Honorable Orlando L. Garcia<br><br>Honorable Richard B. Farrer<br>Magistrate Judge |

## DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendant Experian Information Solutions, Inc. ("Experian"), by and through its undersigned attorney, respectfully moves this Court for an order extending Experian's time to answer or otherwise plead up to and including October 30, 2019. In support of this Motion, Experian states as follows:

1. Plaintiff Roderick S. Reuter ("Plaintiff") filed his Complaint against Experian and its co-defendants on or about August 28, 2019.

2. Experian was served on September 9, 2019, making Experian's answer due September 30, 2019.

3. Experian now seeks an order from this Court extending Experian's time to answer or otherwise plead up to and including October 30, 2019, so that Experian may investigate the allegations of the Complaint and prepare an appropriate response.

4. This is the first request for additional time sought by Experian in this action.

5. This extension is sought in good faith and not for the purposes of delay. Neither party will be prejudiced by this extension.

6. On September 24, 2019, Experian's counsel emailed Plaintiff's counsel regarding the relief requested herein. On September 24, 2019, Plaintiff's counsel confirmed that Plaintiff does not oppose this motion for extension of time to answer or otherwise plead.

WHEREFORE, for the foregoing reasons, Defendant Experian Information Solutions, Inc. respectfully requests that this Court extend its time to answer or otherwise plead until October 30, 2019.

Dated this 25th day of September, 2019.

By: /s/ *Rebecca Wernicke Anthony*
Rebecca Wernicke Anthony
State Bar No. 24093345
ranthony@jonesday.com
JONES DAY
2727 North Harwood Street
Dallas, Texas 75201
Telephone: +1.214.969.4886

*Counsel for Defendant Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2019, a copy of the foregoing was filed using the CM/ECF system, which will effectuate service on all counsel of record.

/s/ *Rebecca Wernicke Anthony*