UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| RODERICK S. REUTER, | |
| Plaintiff, | Case No. 5:19-cv-01039-OLG |
| v. | Honorable Judge Orlando L. Garcia |
| SECURITY SERVICE FEDERAL CREDIT UNION, EQUIFAX INFORMATION SERVICES, TRANSUNION, LLC and EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW COMES the Plaintiff, Roderick S. Reuter ("Plaintiff"), by and through his attorneys, Sulaiman Law Group, Ltd., and, in support of his Notice of Voluntary Dismissal with Prejudice, states as follows:

Plaintiff, pursuant to settlement and Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses his claims against the Defendant, Security Service Federal Credit Union, only, with prejudice. Each party shall bear its own costs and attorney fees.

Dated: October 16, 2019

Respectfully Submitted,

/s/ Nathan C. Volheim (Lead Attorney)
Nathan C. Volheim, Esq. #6302103
*Counsel for Plaintiff*
Admitted in the Western District of Texas
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone (630) 568-3056

Fax: (630)575-8188
nvolheim@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on October 16, 2019, a true and correct copy of the above and foregoing document was filed with the Court via CM/ECF and served on all parties requested electronic notification.

*/s/ Nathan C. Volheim*
Nathan C. Volheim