UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RODERICK S. REUTER | § § | |
| vs. | § § | NO:  SA:19-CV-01039-OLG |
| EQUIFAX INFORMATION SERVICES, LLC, TRANSUNION LLC, EXPERIAN INFORMATION SOLUTIONS, INC. | § § § § | |

**ORDER AND ADVISORY**

Before the Court is the above-styled and numbered cause.  The Court has received Defendant(s) Answer and therefore enters the following Order and Advisory:

It is ORDERED that the Plaintiff(s) confer with the Defendant(s) as required by Fed.R.Civ.P 26(f) and Local Court Rule CV-16(c) to submit a proposed scheduling order for the Court's consideration within **forty-five (45) days** of the filing of this Order.   Failure to do so may result in the Court's entering its own scheduling order.

At the request of the Bar, the San Antonio District Judges have implemented a procedure whereby a United States Magistrate Judge is assigned to each civil case at the time it is filed.  The assignments are made randomly and are evenly divided among the three San Antonio Magistrate Judges.  If a pretrial matter is referred by the District Judge, it will be handled by the United States Magistrate Judge to whom the case is assigned. Similarly, if the parties consent to Magistrate Judge jurisdiction, the case will be placed on the docket of the assigned Magistrate Judge for all future proceedings, including entry of final judgment.  28 U.S.C. Section 636(c).  The Magistrate Judge assigned to this case is **Richard B. Farrer**.

So that this Court may more efficiently manage its docket, the parties are hereby **ORDERED** to notify the Court whether or not they consent, under 28 U.S.C. Section 636(c), to Magistrate Judge jurisdiction. Therefore, within **thirty (30) days** of the date of the filing of this Order, each party shall sign the attached form to be filed with the Clerk's Office.

**SIGNED AND ENTERED** this 6th day of November, 2019.

_____
ORLANDO L. GARCIA
CHIEF U.S. DISTRICT JUDGE

AO 85 (Rev. 01/09) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RODERICK S. REUTER | § | |
| vs. | § | NO:  SA:19-CV-01039-OLG |
| EQUIFAX INFORMATION SERVICES, | § | |
| LLC, TRANSUNION LLC, EXPERIAN | § | |
| INFORMATION SOLUTIONS, INC. | § | |

**NOTICE, CONSENT/NON CONSENT, AND REFERENCE OF A CIVIL ACTION
TO A MAGISTRATE JUDGE**

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

_____ *Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

_____ *Non Consent to a magistrate judge's authority.* The following parties do not consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Parties' printed names* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**Reference Order**

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.
Date: _____             _____

*District Judge's signature*

_____

*Printed name and title*