UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| RODERICK S. REUTER<br><br>Plaintiff,<br><br>v.<br><br>SECURITY SERVICE FEDERAL CREDIT UNION, EQUIFAX INFORMATION SERVICES, LLC, TRANSUNION, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | Case No. 5:19-cv-01039-OLG<br><br>Honorable Judge Orlando L. Garcia |

### NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that RODERICK S. REUTER ("Plaintiff"), hereby notifies the Court that the Plaintiff and the Defendant, EQUIFAX INFORMATION SERVICES, LLC, only, have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal.

Respectfully submitted this 13th day of November  2019.

                                                        Respectfully submitted,

                                                        *s/ Taxiarchis Hatzidimitriadis*
                                                        Taxiarchis Hatzidimitriadis
                                                        Sulaiman Law Group, Ltd.
                                                        2500 S. Highland Ave., Ste. 200
                                                        Lombard, IL 60148
                                                        Phone: (630) 575-8181
                                                        thatz@sulaimanlaw.com
                                                        *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

<u>*s/ Taxiarchis Hatzidimitriadis*</u>
Taxiarchis Hatzidimitriadis